NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMD MILLIPORE CORPORATION (FORMERLY KNOWN AS MILLIPORE CORPORATION),**
*Plaintiff-Appellant,*

v.

**W.L. GORE & ASSOCIATES, INC.,**
*Defendant-Appellee.*

---

2011-1029, 2012-1371

---

Appeals from the United States District Court for the District of Massachusetts in case no. 09-CV-10765, Judge Douglas P. Woodlock.

---

## ON MOTION

---

## O R D E R

Millipore Corporation moves to withdraw Patrick A. Quinlan as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 16 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Susan G.L. Glovsky, Esq.
     James W. Poradek, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 16 2012

JAN HORBALY
CLERK